# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00142-SS

Gardner et al v. Davol, Inc. et al
Assigned to: Judge Sam Sparks
Related Cases: 1:03-cv-00668-SS
1:07-cv-00650-SS
1:07-cv-00824-SS
1:08-cv-00143-SS
Case in other court: District of Rhode Island, CA 08-02444
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Michael Gardner**

represented by **Ernest Cory**
Cory, Watson, Crowder & Degaris, P.C.

2131 Magnolia Ave.
Birmington, AL 35209
(205)328-2200
Fax: 205/326-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Anderson**
Terry Bryant PLLC
8584 Katy Freeway
Suite 100
Houston, TX 77024
(713)973-8888
Fax: (713)773-1188
*TERMINATED: 03/17/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
Cory Watson Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35209
(205) 328-2200
Fax: (205) 326-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
Cory, Watson, Crowder & Degaris, P.C.

2131 Magnolia Ave.
Birmingham, AL 35209
(205) 328-2200
Fax: (205) 326-7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Bryant**
8584 Katy Freeway - Suite 100
Houston, TX 77024
(713) 973-8888
Fax: (713) 973-1188
Email: terry@terrybryant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheryl Gardner** represented by **Ernest Cory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Anderson**
(See above for address)
*TERMINATED: 03/17/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Bryant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | 1 | COMPLAINT ( Filing fee $ 350 receipt number 615601), filed by Michael Gardner, Sheryl Gardner. (Attachments: # 1 Civil Cover Sheet, copy of fee receipt)(mc2, ) (Entered: 02/29/2008) |
| 02/29/2008 | 2 | Letter/Correspondence re bar status as to all counsel of record for Michael Gardner, Sheryl Gardner. (mc2, ) (Entered: 02/29/2008) |
| 03/11/2008 | 3 | Unopposed MOTION to Substitute Attorney *Terry Bryant* by Michael Gardner, Sheryl Gardner. (Bryant, Terry) (Entered: 03/11/2008) |
| 03/11/2008 | | Notice of Correction: re 3 Unopposed MOTION to Substitute Attorney *Terry Bryant* PLEASE NOTE FOR FUTURE REFERENCE THAT THE FORMAT IN WHICH THE CASE NUMBER IS SET OUT IN THE PLEADING HEADING FOR THIS DOCUMENT IS NOT ACCURATE. PLEASE USE THE FORMAT: 1:08CV142 SS, AS THE FORMAT FOR THE CASE NUMBER. (mc2, ) (Entered: 03/11/2008) |
| 03/14/2008 | 4 | ORDER GRANTING 3 Motion to Substitute Attorney. Signed by Judge Sam Sparks. (mc2, ) (Entered: 03/17/2008) |
| 04/14/2008 | 5 | Copy of MDL Letter/Correspondence addressed to Clerk, Providence, RI re pending transfer of case. (mc2, ) (Entered: 04/14/2008) |
| 04/15/2008 | 6 | Certified copy of MDL ORDER - Conditional Transfer Order. (mc2, ) Modified on 4/15/2008 to delete text (mc2, ). (Entered: 04/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/17/2008 12:58:15 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00142-SS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |